UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:26-cr-8-TJC-MCR
     18 U.S.C. § 922(a)(6)

JASMINE ALEXIS CAVINS

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about November 16, 2023, in the Middle District of Florida, the defendant,

JASMINE ALEXIS CAVINS,

acquired a firearm, specifically, a Glock pistol, from a federally licensed firearms dealer, namely, JAX Jewelry & Pawn II, during which acquisition, the defendant knowingly made a false and fictitious written statement intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 21.a. on an ATF Form 4473, which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" when in fact the defendant was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Count One is incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(a)(6), the defendant, shall forfeit to the United States, under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

        GREGORY W. KEHOE
        United States Attorney

By: *[signature]*
    John Cannizzaro
    Assistant United States Attorney

By: *[signature]*
    Frank Talbot
    Assistant United States Attorney
    Chief, Jacksonville Division